IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TROY HANS JACKSON,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:26-CV-745-B-BW |
| | § | |
| CAMELL WATTS, et al.,<br>　　　Defendants. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be **DISMISSED** with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED** this 30th day of June, 2026.


_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE